IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


CLIFTON CRAWFORD,
                    Petitioner,
            v.                                    **Judgment in a Civil Case**
WARDEN, BUTNER F.C.I.2 MEDIUM,
                    Respondent.                   Case Number: 5:12-HC-2050-BO


**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for an
initial review under 28 U.S.C. § 2243).


**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice as
an improperly brought habeas action under 28 U.S.C. § 2241.

This Judgment Filed and Entered on August 17, 2012, with service on:
Clifton Crawford 41649-007, Federal Correctional Institution, P.O. Box 1500, Butner, NC
27509 (via U.S. Mail)


August 17, 2012                          /s/ Julie A. Richards_____
                                           Clerk